**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ACE BEGONIAS INC., | ) | CASE NO. 19-31430 (AMN) |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| | ) | |
| BONNIE C. MANGAN, Chapter 7 Trustee for ACE BEGONIAS INC. | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 21-03007 |
| | ) | |
| KABBAGE, INC.; and CELTIC BANK, | ) | |
| | ) | |
| Defendants. | ) ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION**
**AS TO CELTIC BANK ONLY**

Plaintiff, Bonnie C. Mangan, Chapter 7 Trustee for Ace Begonias Inc., and defendant Celtic Bank Corporation[1], through their respective undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate to the dismissal of all claims against Celtic Bank Corporation in the above-styled Adversary Proceeding without prejudice and

---

[1] Celtic Bank is appearing specially, subject to (and without waiving) the defenses raised in the earlier filed *Motion to Dismiss for Insufficient Process and to Compel Arbitration and Stay the Case* [Docket No. 9], and the earlier filed *Motion to Withdraw the Reference* [Docket No. 10]. Celtic Bank's limited appearance for purposes of entering into the attached stipulated motion to dismiss Celtic Bank from this action (akin to all of its earlier filings) is not a general appearance and should not be construed as a waiver of jurisdiction, venue or related defenses.

with the parties to bear their own fees and costs. This Adversary Proceeding remains pending as against defendant, Kabbage, Inc.[2]

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, no court order is necessary to effect dismissal, as no opposing party has served an answer or a motion for summary judgment.

Dated at Trumbull, Connecticut on this 7th day of January, 2022.

          BONNIE C. MANGAN,
          CHAPTER 7 TRUSTEE OF
          ACE BEGONIAS INC.

By: /s/ David C. Shufrin
    David C. Shufrin, Esq. [ct29230]
    SHUFRIN LAW GROUP, LLC
    21 Frelma Drive
    Trumbull, CT 06611
    Tel: 203-307-5001
    David@shufrinlaw.com


CELTIC BANK CORPORATION


By: /s/ Matthew M. Boley
    Matthew M. Boley, Esq., Pro Hac Vice[3]
    COHNE KINGHORN, P.C.
    111 East Broadway, 11th Floor
    Salt Lake City, Utah 84111
    Tel: 801-363-4300
    MBoley@ck.law
    *Attorneys for* Celtic Bank Corporation

---

[2] Plaintiff does not stipulate to the dismissal of any claim against Kabbage, Inc. See Guigliano v. Danbury Hosp., 396 F. Supp. 2d 220, 224 (D. Conn. 2005) (holding that a Rule 41 voluntary dismissal may be used to dismiss an action against one party only).

[3] Both Celtic Bank and Mr. Boley, as its counsel, are appearing specially, subject to (and without waiving) the defenses raised in the earlier filed *Motion to Dismiss for Insufficient Process and to Compel Arbitration and Stay the Case* [Docket No. 9], and the earlier filed *Motion to Withdraw the Reference* [Docket No. 10]. Celtic Bank's limited appearance for purposes of entering into the attached stipulated motion to dismiss Celtic Bank from this action (akin to all of its earlier filings) is not a general appearance and should not be construed as a waiver of jurisdiction, venue or related defenses.

CERTIFICATE OF SERVICE

    I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Date: January 7, 2022

                                                                              /s/ David C. Shufrin
                                                                             David C. Shufrin