**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| ACE BEGONIAS, INC., | : | Case No. 19-31430 (AMN) |
| | : | |
| Debtor | : | |
| | : | |
| | : | |
| BONNIE C. MANGAN, Chapter 7 Trustee for ACE BEGONIAS, INC., | : | Adv. Proc. No: 21-03007 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KABBAGE, INC. and CELTIC BANK, | : | |
| | : | |
| Defendants. | : | January 28, 2022 |

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for Kabbage, Inc. in the above-captioned adversary proceeding.

                            THE DEFENDANT, KABBAGE, INC.

                            By:   /s/Kellianne Baranowsky
                                    Kellianne Baranowsky (ct26684)
                                    Green & Sklarz LLC
                                    One Audubon Street, Third Floor
                                    New Haven, CT 06511
                                    (203) 285-8545
                                    Fax: (203) 823-4546
                                    kbaranowsky@gs-lawfirm.com

{00253274.2 }

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: January 28, 2022

/s/ Kellianne Baranowsky