UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ACE BEGONIAS INC., ) | CASE NO. 19-31430 (AMN) |
| ) | |
| DEBTOR. ) | RE: ECF NO. 68 |
| ) | |
| ) | |
| BONNIE C. MANGAN, Chapter 7 Trustee for ) | |
| ACE BEGONIAS INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 21-03007 |
| ) | Re: ECF No. 77 |
| KABBAGE, INC.; and CELTIC BANK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING MOTION TO APPROVE**
**SETTLEMENT AGREEMENT BETWEEN**
**CHAPTER 7 TRUSTEE AND KABBAGE, INC.**

Upon the Motion to Approve Settlement Agreement Between Chapter 7 Trustee, Bonnie C. Mangan (the "Trustee"), and Kabbage, Inc. (the "Motion"), due and adequate notice having been made, and upon further consideration by the Court, it is hereby:

**ORDERED:** That, the Motion is hereby granted; and it is further

**ORDERED:** That, pursuant to Bankruptcy Code section 105 and Bankruptcy Rule 9019, the Trustee is authorized to enter into the Settlement Agreement and perform the Settlement in all respects; and it is further

**ORDERED:** That, Trustee is authorized to take all actions necessary to effectuate the Settlement Agreement and the relief granted pursuant to this Order; and it is further

**ORDERED:** That, the United States Bankruptcy Court for the District of Connecticut shall retain jurisdiction to enforce the Settlement.

Dated this 2nd day of June, 2022, at New Haven, Connecticut.

Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut